

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:     01-16-00793-CR

Style:     Julio Cervantes-Segura v. The State of Texas

Date motion filed*:     May 31, 2017

Type of motion:     Third Motion for Extension of Time to File Appellant's Brief

Party filing motion:     Appellant's counsel Nicole DeBorde

Document to be filed:     Appellant's Brief

Is appeal accelerated?     No.

If motion to extend time:

     Original due date:     February 23, 2017

     Number of extensions granted:     2     Current Due Date: May 30, 2017

     Date Requested:     June 30, 2017 (127 days from original due date)

Ordered that motion is:

     ☑ Granted

         If document is to be filed, document due: June 30, 2017.

         ☑     No further extensions of time will be granted.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

    This Court's May 2, 2017 Order granted appellant's second extension, but warned

    counsel that no further extensions would be granted absent extraordinary

    circumstances. Because appellant's counsel's request states that, among other things,

    she had several briefs, hearings, trials, and seminars to prepare for in May, her third

    extension is **granted**, but counsel is warned that **no further extensions will be**

    **granted**. *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d). Accordingly, if appellant's brief

    is not filed by **June 30, 2017**, the Court will abate this case. *See id.* 38.8(b)(2).

Judge's signature: /s/ Evelyn V. Keyes _____

                 ☑ Acting individually     ☐ Acting for the Court

Date: June 7, 2017 _____